Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 21−17647−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph C. Spino<br>aka Joseph Carmen Spino<br>217 Wedgewood Drive<br>Turnersville, NJ 08012 | Casey A. Spino<br>aka Casey Ann Heenan, aka Casey H.<br>Spino, aka Caseyann Heenan Spino, aka<br>Casey A. Heenan−Spino<br>217 Wedgewood Drive<br>Turnersville, NJ 08012 |

Social Security No.:
 xxx−xx−2853                                                            xxx−xx−5944

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 20, 2022.

On 10/24/2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                December 6, 2023
Time:                 09:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 25, 2023
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                Case No. 21-17647-JNP
Joseph C. Spino                                                                          Chapter 13
Casey A. Spino
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                            Page 1 of 4
Date Rcvd: Oct 25, 2023                   Form ID: 185                          Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol      Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##          Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |
| jdb | + | Casey A. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |
| aty | + | Richard A Gerbino, SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Schiller, Knapp, Lefkowitz, & Hertzel, L, 15 Cornell Road, Latham, NY 12110-2182 |
| 519319740 | | CCS, Payment Processing Center, BO Box 55126, Boston, MA 02205-5126 |
| 519319746 | + | DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 519319748 | + | Eye Associates, 251 South Lincoln Avenue, Vineland, NJ 08361-7802 |
| 519319749 | + | Franklin Cardiovascular Assoc, 1100 liberty Place, Lakeside Business Park, Sicklerville, NJ 08081-5708 |
| 519319750 | + | Gene Tox Worldwide LLC, 136 Ridge Rd Suite 1A, Lyndhurst, NJ 07071-1269 |
| 519319751 | + | Gloucester County Probation, Child Support Enforcement, 1893 Hurfville Rd, Sewell, NJ 08080-4281 |
| 519319752 | + | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 519319753 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519319754 | + | Kimberly Jobs, c/o 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 519513616 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 519319760 | + | ProCo, 382 Main Street, Salem, NH 03079-2412 |
| 519319761 | + | Reliance Medical Group LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 519319763 | + | Riverside Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 519319764 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519319769 | + | WTMUA, PO Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Oct 25 2023 20:46:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 25 2023 20:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 25 2023 20:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 25 2023 20:46:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519319736 | ^ | MEBN | Oct 25 2023 20:43:57 | ARstrat, c/o General Trust Deposit, PO Box 33720, Detroit, MI 48232-3720 |
| 519319735 | + | Email/PDF: bncnotices@becket-lee.com | Oct 25 2023 20:57:53 | Amex/Bankruptcy, Correspondence/Bankruptcy, |

Case 21-17647-JNP    Doc 73    Filed 10/27/23    Entered 10/28/23 00:16:16    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 185 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Po Box 981540, El Paso, TX 79998-1540 |
| 519453536 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2023 20:57:38 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519319737 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 25 2023 20:46:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519319738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 25 2023 20:57:36 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519331225 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 25 2023 21:10:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519319739 | + | Email/Text: ebn@carepayment.com | Oct 25 2023 20:47:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 519319742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2023 20:46:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 519319743 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 20:46:00 | Community Loan Servicing, LLC, 4425 Ponce de Leon BLvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 519319744 | + | Email/Text: M74banko@mercedes-benz.com | Oct 25 2023 20:46:00 | Daimler Trust, 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 519330596 | | Email/Text: M74banko@mercedes-benz.com | Oct 25 2023 20:46:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, <MN 55113-0011 |
| 519319745 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 25 2023 20:46:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519540761 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2023 20:46:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519540762 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2023 20:46:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519446050 | | Email/Text: BNCnotices@dcmservices.com | Oct 25 2023 20:46:00 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519319747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2023 20:46:00 | Express, PO Box 330066, Northglenn, CO 80233-8066 |
| 519319755 | | Email/Text: govtaudits@labcorp.com | Oct 25 2023 20:46:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519351031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 20:46:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519324617 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 25 2023 20:46:00 | Lakeview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519319756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 25 2023 20:46:00 | Loan Care, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519319757 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 25 2023 20:46:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519473262 | + | Email/Text: bncnotifications@pheaa.org | Oct 25 2023 20:46:00 | PHEAA, PO BOX 8147, PA, HARRISBURG, PA 17105-8147 |
| 519319759 | + | Email/Text: bncnotifications@pheaa.org | Oct 25 2023 20:46:00 | PHEAA/HCB, Attn: Bankruptcy, Po Box 8147, Harrisburg, PA 17105-8147 |
| 519319762 | + | Email/Text: clientservices@remexinc.com | Oct 25 2023 20:46:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519705394 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

Case 21-17647-JNP   Doc 73   Filed 10/27/23   Entered 10/28/23 00:16:16   Desc Imaged
Certificate of Notice   Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 185 | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 25 2023 20:46:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519705395 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 25 2023 20:46:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 519319766 | + | Email/Text: ECMCBKNotices@ecmc.org | Oct 25 2023 20:46:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519322580 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 25 2023 20:46:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 519324160 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 25 2023 20:58:01 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519480343 | | Email/Text: EDBKNotices@ecmc.org | Oct 25 2023 20:45:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 519319768 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 25 2023 20:46:00 | Victoria's Secret, Po Box 659728, San Antonio, TX 78265 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519319741 | | Cesar Alvarez |
| 520030966 | | LAKEVIEW LOAN SERVICING, Nationstar - P.O Box 619096 Dallas TX 75 |
| cr | * | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519319758 | ##+ | Pediatric Dental Assoc., 401 South kings Highway Suite 4b, Cherry Hill, NJ 08034-2500 |
| 519319765 | ##+ | Thrift Investment Corporation, Attn: Bankruptcy, 720 King George Rd Ste 211, Fords, NJ 08863-1974 |
| 519319767 | ##+ | Ultrasound Solutions, 495 Oakshade Rd, Shamong, NJ 08088-9520 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | |

District/off: 0312-1 | User: admin | Page 4 of 4

Date Rcvd: Oct 25, 2023 | Form ID: 185 | Total Noticed: 54

| | |
|---|---|
| | on behalf of Debtor Joseph C. Spino jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Joint Debtor Casey A. Spino jjresq1@comcast.net |
| Brian C. Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| Richard Gerbino | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 12