UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Barbara J Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

**Order Filed on November 8, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Joseph C. Spino and Casey A. Spino

Case No.:    21-17647 JNP

Chapter:    13

Judge:    Jerrold Poslusny

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 8, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Barbara J Snavely _____, the applicant, is allowed a fee of $ _____ 800 _____ for services rendered and expenses in the amount of $ _____ for a total of $ _____ 800 _____ .  The allowance is payable:

    ☒  through the Chapter 13 plan as an administrative priority.

    ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ ** _____ per month for _____ ** _____ months to allow for payment of the above fee.

[* payment will be adjusted at the modified plan hearing]

*rev.8/1/15*