| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Barbara J Snavely, Esquire (BJS5526)<br>Washington Professional Campus<br>900 Route 168, Suite I-4<br>Turnersville, NJ 08012<br>TEL (856) 228-7964 FAX (856) 228-7965<br>B_Snavely@comcast.net | Order Filed on November 8, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Joseph C. Spino and Casey A. Spino | Case No.: 21-17647 JNP<br>Chapter: 13<br>Judge: Jerrold Poslusny |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: November 8, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Barbara J Snavely_____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____ for a total of $_____800_____. The allowance is payable:

&boxtimes; through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____**_____ per month for _____**_____ months to allow for payment of the above fee.

[* payment will be adjusted at the modified plan hearing]

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 21-17647-JNP
Joseph C. Spino                                                                                  Chapter 13
Casey A. Spino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 2
Date Rcvd: Nov 09, 2023            Form ID: pdf903            Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |
| jdb | + | Casey A. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023                      Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Barbara J. Snavely | on behalf of Joint Debtor Casey A. Spino jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Debtor Joseph C. Spino jjresq1@comcast.net |
| Brian C. Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com kimwilson@raslg.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Nov 09, 2023 Form ID: pdf903 Total Noticed: 2

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kimberly A. Wilson
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC kimwilson@raslg.com

Kimberly A. Wilson
    on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Richard Gerbino
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 12