Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17647−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Joseph C. Spino<br>aka Joseph Carmen Spino<br>217 Wedgewood Drive<br>Turnersville, NJ 08012 | Casey A. Spino<br>aka Casey Ann Heenan, aka Casey H.<br>Spino, aka Caseyann Heenan Spino, aka<br>Casey A. Heenan−Spino<br>187 Blackman Rd<br>Egg Harbor, NJ 08234 |

Social Security No.:
 xxx−xx−2853                    xxx−xx−5944
Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 21, 2024.

Dated: February 21, 2024
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 21-17647-JNP
Joseph C. Spino  Chapter 13
Casey A. Spino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Feb 21, 2024      Form ID: plncf13      Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |
| jdb | + | Casey A. Spino, 187 Blackman Rd, Egg Harbor, NJ 08234-7514 |
| aty | + | Richard A Gerbino, SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Schiller, Knapp, Lefkowitz, & Hertzel, L, 15 Cornell Road, Latham, NY 12110-2182 |
| 519319740 | | CCS, Payment Processing Center, BO Box 55126, Boston, MA 02205-5126 |
| 519319746 | + | DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 519319748 | + | Eye Associates, 251 South Lincoln Avenue, Vineland, NJ 08361-7802 |
| 519319749 | + | Franklin Cardiovascular Assoc, 1100 liberty Place, Lakeside Business Park, Sicklerville, NJ 08081-5708 |
| 519319750 | + | Gene Tox Worldwide LLC, 136 Ridge Rd Suite 1A, Lyndhurst, NJ 07071-1269 |
| 519319751 | + | Gloucester County Probation, Child Support Enforcement, 1893 Hurfville Rd, Sewell, NJ 08080-4281 |
| 519319752 | + | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 519319753 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519319754 | + | Kimberly Jobs, c/o 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 519513616 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 519319760 | + | ProCo, 382 Main Street, Salem, NH 03079-2412 |
| 519319761 | + | Reliance Medical Group LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 519319763 | + | Riverside Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 519319764 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519319769 | + | WTMUA, PO Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Feb 21 2024 21:12:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 21 2024 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 21 2024 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 21 2024 21:12:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519319736 | ^ | MEBN | Feb 21 2024 21:08:34 | ARstrat, c/o General Trust Deposit, PO Box 33720, Detroit, MI 48232-3720 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519319735 | + | Email/PDF: bncnotices@becket-lee.com | Feb 21 2024 21:23:03 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519453536 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 21 2024 21:23:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519319737 | + | Email/Text: bankruptcy@pepcoholdings.com | Feb 21 2024 21:13:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519330596 | | Email/Text: notices@bkservicing.com | Feb 21 2024 21:13:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, <MN 55113-0011 |
| 519319738 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 21 2024 21:11:10 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519331225 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 21 2024 21:22:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519319739 | + | Email/Text: ebn@carepayment.com | Feb 21 2024 21:14:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 519319742 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2024 21:13:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 519319743 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2024 21:12:00 | Community Loan Servicing, LLC, 4425 Ponce de Leon BLvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 519319744 | + | Email/Text: M74banko@mercedes-benz.com | Feb 21 2024 21:12:00 | Daimler Trust, 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 519319745 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 21 2024 21:14:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519540761 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 21 2024 21:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519540762 | | Email/Text: ECMCBKNotices@ecmc.org | Feb 21 2024 21:13:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519446050 | | Email/Text: BNCnotices@dcmservices.com | Feb 21 2024 21:13:00 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519319747 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2024 21:13:00 | Express, PO Box 330066, Northglenn, CO 80233-8066 |
| 519319755 | | Email/Text: govtaudits@labcorp.com | Feb 21 2024 21:13:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519351031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2024 21:12:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519324617 | + | Email/Text: ecfbnc@aldridgepite.com | Feb 21 2024 21:13:00 | Lakeview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519319756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 21 2024 21:13:00 | Loan Care, PO Box 8068, Virginia Beach, VA 23450-8068 |
| 519319757 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 21 2024 21:13:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519473262 | + | Email/Text: bncnotifications@pheaa.org | Feb 21 2024 21:13:00 | PHEAA, PO BOX 8147, PA, HARRISBURG, PA 17105-8147 |
| 519319759 | + | Email/Text: bncnotifications@pheaa.org | Feb 21 2024 21:13:00 | PHEAA/HCB, Attn: Bankruptcy, Po Box 8147, Harrisburg, PA 17105-8147 |
| 519319762 | + | Email/Text: clientservices@remexinc.com | Feb 21 2024 21:12:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky |

Case 21-17647-JNP    Doc 89    Filed 02/23/24    Entered 02/24/24 00:19:28    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2024 | Form ID: plncf13 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | Hill, NJ 08553-0765 |
| 519705394 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2024 21:12:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519705395 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 21 2024 21:12:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 519319766 | + | Email/Text: ECMCBKNotices@ecmc.org | Feb 21 2024 21:13:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519322580 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 21 2024 21:14:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 519324160 | | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Feb 21 2024 21:11:18 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519480343 | | Email/Text: EDBKNotices@ecmc.org | Feb 21 2024 21:12:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 519319768 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 21 2024 21:13:00 | Victoria's Secret, Po Box 659728, San Antonio, TX 78265 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519319741 | | Cesar Alvarez |
| 520030966 | | LAKEVIEW LOAN SERVICING, Nationstar - P.O Box 619096 Dallas TX 75 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519319758 | ##+ | Pediatric Dental Assoc., 401 South kings Highway Suite 4b, Cherry Hill, NJ 08034-2500 |
| 519319765 | ##+ | Thrift Investment Corporation, Attn: Bankruptcy, 720 King George Rd Ste 211, Fords, NJ 08863-1974 |
| 519319767 | ##+ | Ultrasound Solutions, 495 Oakshade Rd, Shamong, NJ 08088-9520 |

TOTAL: 2 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2024            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 21, 2024 | Form ID: plncf13 | Total Noticed: 54 |

ecfmail@standingtrustee.com

Barbara J. Snavely
    on behalf of Debtor Joseph C. Spino jjresq1@comcast.net

Barbara J. Snavely
    on behalf of Joint Debtor Casey A. Spino jjresq1@comcast.net

Denise E. Carlon
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Harold N. Kaplan
    on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

John R. Morton, Jr.
    on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Kimberly A. Wilson
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC kimwilson@raslg.com

Kimberly A. Wilson
    on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com

Richard Gerbino
    on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William H. Clunn, III
    on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com

TOTAL: 12