**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Joseph C. Spino | Social Security number or ITIN xxx–xx–2853 |
| | First Name    Middle Name    Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Casey A. Spino | Social Security number or ITIN xxx–xx–5944 |
| | First Name    Middle Name    Last Name | EIN __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    21–17647–JNP

# Order of Discharge                                           12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Joseph C. Spino
aka Joseph Carmen Spino

Casey A. Spino
aka Casey Ann Heenan, aka Casey H. Spino, aka Caseyann Heenan Spino, aka Casey A. Heenan–Spino

10/22/24

**By the court:** Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-17647-JNP
Joseph C. Spino  Chapter 13
Casey A. Spino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                   Page 1 of 4
Date Rcvd: Oct 22, 2024       Form ID: 3180W                Total Noticed: 57

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++         Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##         Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph C. Spino, 217 Wedgewood Drive, Turnersville, NJ 08012-1539 |
| jdb | + | Casey A. Spino, 187 Blackman Rd, Egg Harbor, NJ 08234-7514 |
| aty | + | Richard A Gerbino, SCHILLER, KNAPP, LEFKOWITZ & HERTZEL, LL, 716 Newman Springs Road, Suite 372, Lincroft, NJ 07738-1523 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, Schiller, Knapp, Lefkowitz, & Hertzel, L, 15 Cornell Road, Latham, NY 12110-2182 |
| 519319740 | | CCS, Payment Processing Center, BO Box 55126, Boston, MA 02205-5126 |
| 519319746 | + | DL Thompson Law, PC, PO Box 679, Allenwood, NJ 08720-0679 |
| 519319748 | + | Eye Associates, 251 South Lincoln Avenue, Vineland, NJ 08361-7802 |
| 519319749 | + | Franklin Cardiovascular Assoc, 1100 liberty Place, Lakeside Business Park, Sicklerville, NJ 08081-5708 |
| 519319750 | + | Gene Tox Worldwide LLC, 136 Ridge Rd Suite 1A, Lyndhurst, NJ 07071-1269 |
| 519319751 | + | Gloucester County Probation, Child Support Enforcement, 1893 Hurfville Rd, Sewell, NJ 08080-4281 |
| 519319753 | + | Jefferson Health NJ, 500 Marlboro Ave, Cherry Hill, NJ 08002-2020 |
| 519319754 | + | Kimberly Jobs, c/o 70 Hunter Street, Woodbury, NJ 08096-4606 |
| 519513616 | + | NJCLASS, PO Box 548, Trenton, NJ 08625-0548 |
| 519319760 | + | ProCo, 382 Main Street, Salem, NH 03079-2412 |
| 519319761 | + | Reliance Medical Group LLC, PO Box 14000, Belfast, ME 04915-4033 |
| 519319763 | + | Riverside Medical Group, PO Box 14000, Belfast, ME 04915-4033 |
| 519319764 | + | State Of Nj Student As, 4 Quakenbridge Plz, Trenton, NJ 08619-1241 |
| 519319769 | + | WTMUA, PO Box 127, Grenloch, NJ 08032-0127 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: RASEBN@raslg.com | Oct 22 2024 20:33:00 | Harold Kaplan, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 22 2024 20:34:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 22 2024 20:34:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 22 2024 20:33:00 | Nationstar Mortgage LLC, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 519319736 | ^ | MEBN | Oct 22 2024 20:27:33 | ARstrat, c/o General Trust Deposit, PO Box 33720, Detroit, MI 48232-3720 |
| 519319735 | + | Email/PDF: bncnotices@becket-lee.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 22 2024 20:41:24 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519453536 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 22 2024 20:42:30 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519319737 | + | Email/Text: bankruptcy@pepcoholdings.com | Oct 22 2024 20:34:00 | Atlantic City Electric, 5 Collins Drive Suite 2133, Pepco Holdings Inc, Carneys Point, NJ 08069-3600 |
| 519330596 | | Email/Text: notices@bkservicing.com | Oct 22 2024 20:34:00 | Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, <MN 55113-0011 |
| 519319738 | + | EDI: CAPITALONE.COM | Oct 23 2024 00:21:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519331225 | + | EDI: AIS.COM | Oct 23 2024 00:21:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519319739 | + | Email/Text: ebn@carepayment.com | Oct 22 2024 20:34:00 | Carepayment, PO Box 2398, Omaha, NE 68103-2398 |
| 519319742 | + | EDI: WFNNB.COM | Oct 23 2024 00:21:00 | Comenity Bank, Po Box 182273, Columbus, OH 43218-2273 |
| 519319743 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | Community Loan Servicing, LLC, 4425 Ponce de Leon BLvd, 5th Floor, Coral Gables, FL 33146-1839 |
| 519319744 | + | EDI: MERCEDES | Oct 23 2024 00:21:00 | Daimler Trust, 14372 Heritage Parkway, Fort Worth, TX 76177-3300 |
| 519319745 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 22 2024 20:34:00 | Department of Education/Nelnet, Attn: Bankruptcy, Po Box 82561, Lincoln, NE 68501-2561 |
| 519540761 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 22 2024 20:34:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519540762 | | Email/Text: ECMCBKNotices@ecmc.org | Oct 22 2024 20:34:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408, ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 519446050 | | Email/Text: BNCnotices@dcmservices.com | Oct 22 2024 20:34:00 | Emergency Physician Associates of South Jersey, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 519319747 | + | EDI: WFNNB.COM | Oct 23 2024 00:21:00 | Express, PO Box 330066, Northglenn, CO 80233-8066 |
| 519319752 | ^ | MEBN | Oct 22 2024 20:28:03 | Jefferson Health, 833 Chestnut Street Suite 115, Philadelphia, PA 19107-4401 |
| 519319755 | | Email/Text: govtaudits@labcorp.com | Oct 22 2024 20:33:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 520262702 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | Lakeview Loan Servicing LLC, Rushmore Servicing, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9741, Lakeview Loan Servicing LLC 75261-9096 |
| 520262701 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | Lakeview Loan Servicing LLC, Rushmore Servicing, ATTN: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 519351031 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | Lakeview Loan Servicing, LLC, c/o Community Loan Servicing, LLC, fka Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 519324617 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 22 2024 20:33:00 | Lakeview Loan Servicing, LLC, ALDRIDGE PITE, LLP, 4375 Jutland Drive, Suite 200, P.O. Box 17933, San Diego, CA 92177-7921 |
| 519319756 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Oct 22 2024 20:33:00 | Loan Care, PO Box 8068, Virginia Beach, VA 23450-8068 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 3180W | Total Noticed: 57 |

| 519319757 | + Email/Text: bankruptcydpt@mcmcg.com | Oct 22 2024 20:34:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519473262 | + Email/Text: bncnotifications@pheaa.org | Oct 22 2024 20:33:00 | PHEAA, PO BOX 8147, PA, HARRISBURG, PA 17105-8147 |
| 519319759 | + Email/Text: bncnotifications@pheaa.org | Oct 22 2024 20:33:00 | PHEAA/HCB, Attn: Bankruptcy, Po Box 8147, Harrisburg, PA 17105-8147 |
| 519319762 | + Email/Text: clientservices@remexinc.com | Oct 22 2024 20:33:00 | Remex Inc, Attn: Bankruptcy, Po Box 765, Rocky Hill, NJ 08553-0765 |
| 519705394 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 519705395 | + Email/Text: nsm_bk_notices@mrcooper.com | Oct 22 2024 20:33:00 | RightPath Servicing, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741, RightPath Servicing 75261-9096, ATTN: Bankruptcy Dept. |
| 519319765 | + Email/Text: mkerzic@thriftinvestment.com | Oct 22 2024 20:34:00 | Thrift Investment Corporation, Attn: Bankruptcy, 720 King George Rd Ste 211, Fords, NJ 08863-1974 |
| 519319766 | + Email/Text: ECMCBKNotices@ecmc.org | Oct 22 2024 20:34:00 | U.S. Department of Education, Ecmc/Attn: Bankruptcy, Po Box 16408, Saint Paul, MN 55116-0408 |
| 519322580 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 22 2024 20:34:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S 13TH ST, LINCOLN, NE 68508-1904 |
| 519324160 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Oct 22 2024 20:42:09 | U.S. Department of Housing and Urban Development, Jacob K. Javits Federal Building, 26 Federal Plaza, Suite 3541, New York, NY 10278-0068 |
| 519480343 | Email/Text: EDBKNotices@ecmc.org | Oct 22 2024 20:33:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |
| 519319768 | EDI: WFNNB.COM | Oct 23 2024 00:21:00 | Victoria's Secret, Po Box 659728, San Antonio, TX 78265 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519319741 | | Cesar Alvarez |
| 520030966 | | LAKEVIEW LOAN SERVICING, Nationstar - P.O Box 619096 Dallas TX 75 |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Daimler Trust, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519319758 | ##+ | Pediatric Dental Assoc., 401 South kings Highway Suite 4b, Cherry Hill, NJ 08034-2500 |
| 519319767 | ##+ | Ultrasound Solutions, 495 Oakshade Rd, Shamong, NJ 08088-9520 |

TOTAL: 2 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 22, 2024 | Form ID: 3180W | Total Noticed: 57 |

Date: Oct 24, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 22, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Barbara J. Snavely | on behalf of Debtor Joseph C. Spino jjresq1@comcast.net |
| Barbara J. Snavely | on behalf of Joint Debtor Casey A. Spino jjresq1@comcast.net |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor Nationstar Mortgage LLC hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John R. Morton, Jr. | on behalf of Creditor Daimler Trust ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| Kimberly A. Wilson | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC kimwilson@raslg.com |
| Kimberly A. Wilson | on behalf of Creditor Nationstar Mortgage LLC kimwilson@raslg.com |
| Richard Gerbino | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC rgerbino@schillerknapp.com, lgadomski@ecf.courtdrive.com;lgadomski@schillerknapp.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William H. Clunn, III | on behalf of Trustee Isabel C. Balboa wclunn@standingtrustee.com |

TOTAL: 12