**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Barbara J .Snavely, Esquire (BJS5526)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, NJ 08012
TEL (856) 228-7964 FAX (856) 228-7965
B_Snavely@comcast.net

Order Filed on November 12, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Joseph C. Spino and Casey A. Spino

Case No: 21-17647 JNP

Chapter: 13

Hearing Date:

Judge: Jerrold N. Poslusny Jr.

**ORDER ON MOTION TO CANCEL AND DISCHARGE:**

☐ **MORTGAGE**    ☒ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED.**

**DATED: November 12, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 217 Wedgewood Dr., Turnersville, NJ 08012

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: Kelly's Kars
b. Current Assignee: Thrift Investment Corporation
c. Current Servicer: --
d. Date of Mortgage/Lien: 12/17/2020
e. Date of Recordation: 12/31/2020
f. Place of Recordation: Superior Court of NJ Gloucester County Special Civil Part
   i. Mortgage Book: DC-004211-20; VJ- 3388-20; DJ-1026-21
   ii. Page: n/a
g. Original Principal Balance of Mortgage/Lien: $ 3,982.89

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*