Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17647−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph C. Spino
aka Joseph Carmen Spino
217 Wedgewood Drive
Turnersville, NJ 08012

Casey A. Spino
aka Casey Ann Heenan, aka Casey H.
Spino, aka Caseyann Heenan Spino, aka
Casey A. Heenan−Spino
187 Blackman Rd
Egg Harbor, NJ 08234

Social Security No.:
 xxx−xx−2853                                              xxx−xx−5944

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Andrew B Finberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>December 13, 2024</u>          <u>Jerrold N. Poslusny Jr.</u>
                                         Judge, United States Bankruptcy Court